UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ÃMC CENTURION AB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 4:07-cv-00509-JCH |
| ) | |
| GALTRONICS, LTD., and ) | |
| GALTRONICS USA, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED EXTENSION FOR ESI DISCLOSURES

Pursuant to the Court's Amended Case Management Order filed on October 9, 2007 (docket no. 20), Plaintiff AMC Centurion AB ("AMC") and defendants Galtronics, Ltd. and Galtronics USA, Inc. (collectively "Galtronics") agreed to disclose a summary of potentially relevant electronically stored information ("ESI") data sources and the identity of persons responsible for the preservation and production of electronic discovery today, November 1, 2007.

AMC requested, and Galtronics agreed to, an extension until **November 12, 2007** for the exchange of ESI, and the parties respectfully request that the Court grant this extension.

DATED: November 1, 2007.

SO AGREED AND STIPULATED.

SO ORDERED.

_____
Jean C. Hamilton
UNITED STATES DISTRICT JUDGE