UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMC CENTURION AB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 4:07-cv-00509-JCH |
| | ) |
| GALTRONICS, LTD., and | ) |
| GALTRONICS USA, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATED EXTENSION FOR ESI DISCLOSURES**

Pursuant to the Court's Amended Case Management Order filed on October 9, 2007 (docket no. 20), Plaintiff AMC Centurion AB ("AMC") and defendants Galtronics, Ltd. and Galtronics USA, Inc. (collectively "Galtronics") agreed to disclose a summary of potentially relevant electronically stored information ("ESI") data sources and the identity of persons responsible for the preservation and production of electronic discovery, November 1, 2007. On motion and by stipulation of the parties, the Court granted an extension until November 12, 2007 for the exchange of ESI.

Due to the complicated nature of AMC's ESI, involving ESI at foreign corporations and spanning several corporate change of controls, AMC requested, and Galtronics agreed to, a second extension until **December 3, 2007** for the exchange of ESI, and the parties respectfully request that the Court grant this extension.

DATED: November 12, 2007

SO AGREED AND STIPULATED.

SO ORDERED.

*[signature]* 11/13/07

Jean C. Hamilton
UNITED STATES DISTRICT JUDGE


By: /s/ Molly B. Edwards
HARNESS, DICKEY & PIERCE, P.L.C.
Rudolph A. Telscher, Jr., #41072
Matthew L. Cutler, #46305
Kara R. Yancey, #503030
Molly B. Edwards, #508825
7700 Bonhomme, Suite 400
St. Louis, MO 63105
(314) 726-7500
FAX: (314) 726-7501

Attorneys for Plaintiff
AMC Centurion AB

and

By: /s/ Michael W. Gray
John H. Quinn, III (4110)
ARMSTRONG TEASDALE LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740

Claude M. Stern (*pro hac vice*)
Todd M. Briggs (*pro hac vice*)
Michael W. Gray (*pro hac vice*)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendants Galtronics Ltd. and Galtronics USA, Inc.*