UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMC CENTURION AB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 4:07-cv-00509-JCH |
| | ) |
| GALTRONICS, LTD., and | ) |
| GALTRONICS USA, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED EXTENSION FOR MODIFICATION OF CLAIM CONSTRUCTION SCHEDULE

Pursuant to the Court's Amended Case Management Order filed on October 9, 2007 (docket no. 20), Plaintiff AMC Centurion AB ("AMC") and defendants Galtronics, Ltd. and Galtronics USA, Inc. (collectively "Galtronics") request certain modifications to the deadlines for disclosures relating to the *Markman* phase of the case. The requested modifications do not affect the hearing date or the date by which the Court will receive materials pertinent to its review of the issues in advance of the hearing.

Specifically, Galtronics proposes, and AMC agrees, to reschedule the due date for disclosure of claim construction experts and any corresponding expert reports to February 13, 2008 and to advance the date of exchanging proposed constructions so that the expert disclosures are served after the parties have an opportunity to narrow claim construction issues in the case. While this modification changes several dates, the parties' requested modification of the Amended Case Management Order will not affect the deadlines related to the *Markman* briefs or the *Markman* hearing.

For ease of reference, the parties provide the Court with all of the claim construction deadlines in the chart below, and have bolded the deadlines for which the parties request an extension or modification of the Amended Case Management Order.

| Event | Current deadline | Proposed deadline |
| --- | --- | --- |
| Both parties exchange list of claim terms for construction | January 17, 2008 | January 17, 2008 |
| **Both parties exchange proposed constructions and extrinsic evidence, besides expert witnesses, to support such construction for all identified terms** | **February 21, 2008** | **February 13, 2008** |
| **To the extent that a party uses an expert witness in the Markman briefing or hearing, that expert must be disclosed, and any report required by Rule 26(a)(2)** | **January 14, 2008** | **February 22, 2008** |
| **Both parties shall disclose any rebuttal experts and shall provide the reports required by Rule 26(a)(2)** | **January 28, 2008** | **March 10, 2008** |
| **All parties shall make Markman expert witnesses available for depositions** | **March 14, 2008** | **March 20, 2008** |
| **Both parties file a Joint Claim Construction Statement** | **March 20, 2008** | **March 27, 2008** |
| AMC will file its opening Markman brief | April 7, 2008 | April 7, 2008 |
| Galtronics will file its opposition brief | April 28, 2008 | April 28, 2008 |
| Any reply brief will be filed | May 9, 2008 | May 9, 2008 |

| The parties agree that they will be prepared for a Markman hearing | May 29, 2008 | May 29, 2008 |

In the interest of efficiently advancing the litigation, the parties respectfully request that the Court grant this schedule modification.

DATED: January 3, 2008.

SO AGREED AND STIPULATED.

SO ORDERED.

*[signature]*

Jean C. Hamilton
UNITED STATES DISTRICT JUDGE


By: /s/ Molly B. Edwards
HARNESS, DICKEY & PIERCE, P.L.C.
Rudolph A. Telscher, Jr., #41072
Matthew L. Cutler, #46305
Kara R. Yancey, #503030
Molly B. Edwards, #508825
7700 Bonhomme, Suite 400
St. Louis, MO 63105
(314) 726-7500
FAX: (314) 726-7501

Attorneys for Plaintiff
AMC Centurion AB

and

By: /s/ Michael W. Gray
John H. Quinn, III (4110)
ARMSTRONG TEASDALE LLP
One Metropolitan Square, Suite 2600

St. Louis, Missouri 63102-2740

Claude M. Stern (*pro hac vice*)
Todd M. Briggs (*pro hac vice*)
Michael W. Gray (*pro hac vice*)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendants Galtronics Ltd. and Galtronics USA, Inc.*